IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW ADAMSON,<br><br>　　　　　　Plaintiff,<br>v.<br><br>W.R. COLEMAN EXCAVATION, LLC, a Utah limited liability company, dba COLEMANXCAVATION; KYLE COLEMAN; WALLACE COLEMAN; and DON COLEMAN,<br><br>　　　　　　Defendants. | **JUDGMENT**<br><br><br>Case No. 2:16-CV-00092<br><br>District Judge Jill N. Parrish |

On September 19, 2017, the Court granted in part Defendants' Motion for Summary Judgment. That order dismissed Plaintiff's FLSA claim with prejudice and dismissed his state law claims without prejudice. ECF No. 33 at 8. The Court has ordered that Plaintiff shall recover nothing, and his federal claim is dismissed on the merits.

Signed October 2, 2018

　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　United States District Court Judge